42 So.2d 534

### Josephine LEVERT v. STATE.
### 6 Div. 941.

Supreme Court of Alabama.
Oct. 20, 1949.

A. A. Carmichael, Atty. Gen., and Thos. F. Parker, Asst. Atty. Gen., for the petition.

Lipscomb & Brobston, of Bessemer, and D. G. Ewing, of Birmingham, opposed.

STAKELY, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals, to review and revise the judgment and decision of that Court, after remandment, in the case of Levert v. State, 42 So. 532.

Writ denied.

BROWN, FOSTER, LIVINGSTON, LAWSON and SIMPSON, JJ., concur.

42 So.2d 483

### George W. DOSWELL v. STATE.
### 4 Div. 567.

Supreme Court of Alabama.
Oct. 20, 1949.

A. A. Carmichael, Atty. Gen., and Thos. F. Parker, Asst. Atty. Gen., for the petition.

J. N. Mullins, Jr., and J. N. Mullins, of Dothan, opposed.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Doswell v. State, 42 So.2d 480.

Writ denied.

BROWN, FOSTER and LAWSON, JJ., concur.

42 So.2d 525

### Alva REGISTER v. STATE.
### 4 Div. 563.

Supreme Court of Alabama.
Oct. 20, 1949.

John C. Walters, of Troy, for petitioner.

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Alva Register for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Register v. State, 42 So.2d 519.

Writ denied.

BROWN, FOSTER, LIVINGSTON, LAWSON and STAKELY, JJ., concur.